J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Cr. S-10-35 MCE |
| ) | |
| Plaintiff,       ) | Stipulation and order |
| ) | continuing status conference |
| v.      ) | (June 10, 2010 before Judge |
| ) | England) |
| DERRICK STAMPLEY, et al     ) | |
| ) | |
| Defendants    ) | |
| _____) | |

    This matter is currently set for Status on May 6, 2010. The parties agree that additional time is needed to review discovery and attempt to achieve resolution.  They therefore stipulate that the status conference be continued to June 10, 2010 before Judge England.  It is further stipulated that time through June 10, 2010 be excluded from time for trial under the speedy trial act for complexity and counsel preparation.  (Local Codes T2 and T4; Title 18 U.S.C. Sec. 3161(h)(7)(A) and (B).)

1

1 | The parties respectfully request the Court so order.
2 | Dated May 3, 2010

3 | /s/ JASON HITT          /S/ MICHAEL CHASTAINE        /S/ J TONEY
    Assistant U.S.          Attorney for Darren          Attorney for
4 |    Attorney                  Burton                  Derrick Stampley

SO ORDERED:

Dated: May 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2