J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00035-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) CONTINUING STATUS CONFERENCE |
| DERRICK STAMPLEY, ET AL. | ) |
|  | ) (September 23, 2010) |
| Defendant. | ) |

This case is now set for status on August 12, 2010. The parties are still obtaining discovery and attempting to reach a settlement of the case. Additional time is needed for this reason. The parties therefore stipulate that the Status Conference be moved to September 23, 2010 with time excluded under the Speedy Trial Act for Counsel preparation, pursuant to 18 USCA 3161 (h)(7)(B)(iv), local code T4 and request the Court so order.

///

///

///

1

Respectfully submitted.

Dated:   August 10, 2010

/S/ JASON HITT
Jason Hitt
Assistant U.S. Attorney


/S/ J. TONEY
J. Toney
Attorney for Defendant Stampley


/S/ MICHAEL CHASTAINE
Michael Chastaine
Attorney for Defendant Burton

IT IS SO ORDERED.

Dated: August 11, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2