1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
   101 Parkshore Drive, Suite 100
2  Folsom, CA 95630
   Telephone: 916-732-7150
3
   Attorneys for Defendant
4  Darren Burton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-CR-00035-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| DARREN BURTON, ) | CONTINUING STATUS CONFERNCE |
| Defendant. ) | |

Defendant DARREN BURTON, by and through his attorney, Michael Chastaine and DERRICK STAMPLEY, by and through his attorney, J. Toney, the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, September 23, 2010 at 9:00 a.m. to Thursday, October 28, 2010 at 9:00 a.m.  The continuance is requested to allow counsel for the defense to continue to review the discovery provided by the government, consult with the defendants and continue negotiations with the government to achieve settlement.

Dated: September 13, 2010            The CHASTAINE LAW OFFICE

                                     By: _____/s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Darren Burton

Dated: September 13, 2010

                                     By: _____/s/ J. Toney
                                            J. Toney
                                            Attorney for Derrick Stampley

1

Dated: September 13, 2010             BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:    /s/ Jason Hitt
                                             Jason Hitt
                                             Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, September 23, 2010 at 9:00 a.m. be continued to Thursday, October 28, 2010 at 9:00 a.m. and that the period from September 13, 2010 to October 28, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and local rule T4.

DATED: September 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE