J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | Cr. No. 10-35 MCE |
| Plaintiff,     ) | |
| ) | STIPULATION AND |
| v.     ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE (April 28, 2011 |
| DERRICK STAMPLEY,     ) | before Judge England) |
| et al     ) | |
| ) | |
| Defendants,     ) | |
| _____) | |

     The parties continue to work toward resolution of this case. However, the U.S. Attorney assigned to this matter needs more time to make a plea offer.  The parties therefore stipulate that the Status Conference be continued to April 28, 2011 and ask that the Court so order.  The parties also stipulate that time under the Speedy Trial Act be excluded for Counsel preparation, local code T4 to conclude plea negotiations.

Dated March 28, 2011

    /s/ JASON HITT                              /s/ J TONEY    
     Jason Hitt                                  J Toney
Assistant U S Attorney                  Attorney for D. Stampley

                                         /s/ MICHAEL CHASTAINE 
                                        Attorney for Darren Burton

1

1                          ORDER
2   Good cause appearing, it is hereby ordered that the status
3   conference be continued to April 28, 2011 at 9:00 AM and that the
4   period from March 31, 2011 to April 28, 2011 be excluded from
5   calculation under the Speedy Trial Act pursuant to 18 USC Sec.
6   3161 (h)(7)(A) and local code.

Dated: March 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2