```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley
```

                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. 10-35 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE (July 14, 2011 |
| DERRICK STAMPLEY, | ) | at 9:00 AM before Judge |
| | ) | England) |
| | ) | |
| Defendants, | ) | |

   The parties continue to work toward resolution of this case. However, the parties to this matter needs more time to finalize a plea agreement.  The parties therefore stipulate that the Status Conference be continued from June 9, 2011 to July 14, 2011 at 9:00 AM and ask that the Court so order.  The parties also stipulate that time under the Speedy Trial Act be excluded for Counsel preparation, local code T4 to conclude plea negotiations.

Dated June 7, 2011

   /s/ JASON HITT                    /s/ J TONEY
   Jason Hitt                        J Toney
Assistant U S Attorney            Attorney for D. Stampley

1

**ORDER**

Good cause appearing, it is hereby ordered that the status conference be continued to July 14, 2011 at 9:00 AM and that the period from June 7, 2011 to July 14, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18 USC Sec. 3161 (h)(7)(A) and local code T4.

Dated: June 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2