```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00035-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS |
| DERRICK STAMPLEY, ET AL. | ) CONFERENCE |
| Defendants, | ) (August 25, 2011 before |
| | ) Judge England) |

The parties continue to work toward resolution of this case. However, investigation regarding Defendant's criminal record is not complete  The parties therefore stipulate that the Status Conference be continued to August 25, 2011 and ask that the Court so order.  The parties also stipulate that time under the Speedy Trial Act be excluded for Counsel preparation, local code T4.

Dated: July 11, 2011


   /s/ JASON HITT                          /s/ J TONEY
   Jason Hitt                              J Toney
Assistant U S Attorney             Attorney for D. Stampley

1

**ORDER**

Good cause appearing, it is hereby ordered that the status conference be continued to August 25, 2011 at 9:00 AM and that the period from July 14, 2011 to August 25, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18 USC Sec. 3161 (h)(7)(A) and local code T4.  The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE