J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 10-35 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE (Sept. 29, 2011 |
| DERRICK STAMPLEY, ) | before Judge England) |
| et al ) | |
| ) | |
| Defendants, ) | |
| _____) | |

The parties continue to work toward resolution of this case. However, investigation regarding Defendant's criminal record is not complete  The parties therefore stipulate that
the Status Conference be continued to Sept. 29, 2011 and ask that the Court so order.  The parties also stipulate that time under the Speedy Trial Act be excluded for Counsel preparation, local code T4.

Dated August 24, 2011

   /s/ JASON HITT                          /s/ J TONEY
      Jason Hitt                              J Toney
Assistant U S Attorney                 Attorney for D. Stampley

1

ORDER

Good cause appearing, it is hereby ordered that the status conference be continued to Sept. 29, 2011 at 9:00 AM and that the period from August 25, 2011 to Sept. 29, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18 USC Sec. 3161 (h)(7)(A) and local code T4.

The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: August 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2