1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Derrick Stampley
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          )
                                      ) Cr. No. 10-35 MCE
10         Plaintiff,                 )
                                      ) STIPULATION AND
11    v.                              ) ORDER CONTINUING STATUS
                                      ) CONFERENCE (Oct 27, 2011
12 DERRICK STAMPLEY,                  ) before Judge England)
   et al                             )
13                                    )
                                      )
14         Defendants,                )
   _____)
15

16
        The parties continue to work toward resolution of this case.
17
   However, investigation regarding Defendant's criminal record is not
18
   complete  The parties therefore stipulate that
19
   the Status Conference be continued to Oct. 27, 2011 and ask that
20
   the Court so order.  The parties also stipulate that time under
21
   the Speedy Trial Act be excluded for Counsel preparation, local
22
   code T4.
23
   Dated Sept. 25, 2011
24
      /s/ JASON HITT                    /s/ J TONEY
25        Jason Hitt                       J Toney
   Assistant U S Attorney              Attorney for D. Stampley
26

27

28                                  1

## **ORDER**

Good cause appearing, it is hereby ordered that the status conference be continued to Oct. 27, 2011 at 9:00 AM and that the period from Sept 29, 2011 to Oct 27, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18 USC Sec. 3161 (h)(7)(A) and local code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE