J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derrick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 10-35 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE (Dec. 1, 2011 |
| DERRICK STAMPLEY, et al | ) before Judge England) |
| | ) |
| Defendants, | ) |

 The parties continue to work toward resolution of this case. Defense Counsel is in trial and the U.S. Attorney in this case is out of State due to training. The parties therefore stipulate that the Status Conference be continued to Dec. 1, 2011 and ask that the Court so order. The parties also stipulate that time under the Speedy Trial Act be excluded for Counsel preparation, local code T4.

Dated Nov. 14, 2011

  /s/ JASON HITT                      /s/ J TONEY
   Jason Hitt                          J Toney
Assistant U S Attorney          Attorney for D. Stampley

1

1    Good cause appearing, it is hereby ordered that the status
2 conference be continued to Dec. 1, 2011 at 9:00 AM and that the
3 period from Nov. 17, 2011 to Dec. 1, 2011 be excluded from
4 calculation under the Speedy Trial Act pursuant to 18 USC Sec.
5 3161 (h)(7)(A) and local code T4.
6    The Court also finds that the ends of justice served by
7 granting defendant's request for a continuance outweigh the best
8 interest of the public and defendant in a speedy trial.

 Dated: November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2