J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Derick Stampley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00035-MCE |
| Plaintiff, | |
| v. | STIPULATION AND CORRECTED ORDER CONTINUING SENTENCING |
| DERRICK STAMPLEY et al | (April 12, 2012 before Judge England) |
| Defendants, | |

The parties and the Probation Officer assigned to this case agree that more time is needed to address sentencing problems in this matter. Part of the problem is due to the effect of conviction of the Defendant for a crime committed after the crime charged in case. This other crime resulted in a conviction before the present indictment. It is believed that the indictment was delayed due to the Government's desire to protect its informant. The question to be resolved is whether this State conviction is a "prior conviction" within the Sentencing guidelines.

///

///

1

For these reasons, the parties stipulate the presently set sentencing date of February 23, 2012 be continued to April 12, 2012 and request the Court so order.

Respectfully submitted,

Dated February 14, 2012


| /s/ JASON HITT | /s/ J TONEY |
|---|---|
| Jason Hitt | J Toney |
| Assistant U S Attorney | Attorney for Derrick Stampley |

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Defendant's Judgment and Sentencing be continued to April 12, 2012 at 9:00 AM.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2