1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Derrick Stampley
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        ) 2:10-cr-00035-MCE
                                     )
10         Plaintiff,                ) STIPULATION AND ORDER
                                     ) CONTINUING SENTENCING
11    v.                             ) (CORRECTED)
                                     ) May 10, 2012 at 9:00 AM
12  DERRICK STAMPLEY                 ) before
           Defendant                 ) Judge England
13  _____ )

14

15      This matter is now set for Sentencing on May 3, 2012 pursuant

16  to a stipulation and order submitted by the Defendant.  Due to an

17  error by the attorney for Mr. Stampley, the stipulation was

18  incorrect.  The proper date for which all parties are available is

19  May 10, 2012.  Counsel for Mr Stampley apologizes for the error.

20  The parties now stipulate the sentencing be continued to May 10,

21  2012 and request the Court so order.

22  Respectfully submitted.

23

24  Dated:  April 16, 2012

25                                ___/s/ JASON HITT___
                                      Jason Hitt
26                                Assistant U.S. Attorney

27

28                                    1

1
                                    /s/ J TONEY
                                      J Toney
2                              Attorney for Derrick Stampley

3

4        IT IS SO ORDERED.

5
Dated: April 17, 2012
6

7

8        _____
         MORRISON C. ENGLAND, JR.
9        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2